

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-19-00812-CV

Ken **KINSEY** and Arty Straehla,
Appellants

v.

**AL GLOBAL SERVICES, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until May 15, 2020. No further extensions absent extraordinary circumstances.

It is so **ORDERED** on May 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT